

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| W.S.B. & ASSOCIATES, INC., | No. 09-17252 |
| Petitioner - Appellant, | D.C. No. 4:08-cv-05266-WDB |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Wayne D. Brazil, Magistrate Judge, Presiding

Submitted January 14, 2011[**]
San Francisco, California

Before: WALLACE, NOONAN, and SILVERMAN, Circuit Judges.

W.S.B. & Associates, Inc. ("WSB") raised its objection to the collective

bargaining agreement's liquidated damages clause for the first time in its motion

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for summary judgment.  Because WSB did not sufficiently present this ground for vacating the arbitration award to the district court, its objection is waived on appeal.  *See Navaho Nation v. U.S. Forest Serv.*, 535 F.3d 1058, 1079-80 (9th Cir. 2008) (en banc), *cert. denied*, 129 S. Ct. 2763 (2009); Fed. R. Civ. P. 8(a).

**AFFIRMED.**